IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ERIC ORLANDO FOWLER,**

    **Plaintiff,**

vs.                                                          Case No. 3:22cv9395-MCR-MAF

**UNITED STATES TREASURER,**
**et al.,**

    **Defendants.**

_____ /

**O R D E R**

    This matter is before the Court upon review of the Magistrate Judge's Report and Recommendation dated August 24, 2022.  ECF No. 8.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of all timely filed objections.

    After consideration of this matter, I have determined that the Report and Recommendation should be adopted.  This case is **DISMISSED** for failure to prosecute and comply with Court Orders.

Accordingly, it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** for failure to prosecute and comply with Court Orders.

3. The Clerk of Court shall enter judgment and close the file.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE